UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

REINHART COMPANIES EMPLOYEE
BENEFIT PLAN and REYES HOLDINGS
WELFARE BENEFIT PLAN,

    Plaintiffs,

v.

CORY VIAL and PAULA VIAL, individually
and as co-conservators of CHANDLER VIAL,

    Defendants.
_____/

Case No. 2:09-CV-169

HON. GORDON J. QUIST

## **ORDER**

In accordance with the Opinion entered on this date,

**IT IS HEREBY ORDERED** that Defendants' Motion To Dismiss Pursuant To Federal Rules Of Civil Procedure 12(b)(1), 12(b)(6), 12(b)(7), and 12(c) (docket no. 6) is **DENIED**.

Dated: December 2, 2009

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE